# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

Carlos W Garcia Rodriquez,

                Plaintiff(s),

    v.

Wendy's International Inc.,

                Defendant(s).

Case No. CV 04-156 BR

ORDER OF DISMISSAL

The Court having been informed by counsel for the parties that this action has been settled,

IT IS ORDERED that, pursuant to LR 41.1, this action is dismissed with prejudice and without costs and with leave, upon good cause shown within sixty (60) days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated. Pending motions, if any, are denied as moot. All pretrial deadlines and any trial date are stricken.

    Dated: November 9, 2004

                              DONALD M. CINNAMOND, Clerk of Court


                              by ____/s/ Steven L. Minetto_____
                                  Steven L. Minetto, Deputy Clerk

cc: Counsel